


1  Your Name:    Michel Hermange
2  Address:      3552 Clayton Road San Jose Ca 95127
3  Phone Number: 408-533-2244
4  Fax Number:
5  E-mail Address: redchevyman@yahoo.com
6  Pro Se Plaintiff

FILED
MAY 26 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court

Northern District of California

**CV 16 2847 HRL**

Michel Hermange

Case Number: *[leave blank]*

Plaintiff(s),

vs.

County of Santa Clara

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ■   No ☐

Defendant(s).

1. **Parties in this Complaint**

    a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: Michel Hermange

Address: 3552 Clayton Road San Jose Ca 95127

Phone number: 408-533-2244

COMPLAINT
PAGE 1 OF 5  [JDC TEMPLATE]

rev: 6/2013

1      b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*
2  *a corporation, write the state where it is incorporated and the state where it has its main place of*
3  *business. Use more pages if you need to.*
4  **Defendant 1:**
5  Name: County of Santa Clara
6  Address: 70 W Hedding Street San Jose Ca 95110
7  
8  **Defendant 2:**
9  Name:
10 Address:
11 
12 **Defendant 3:**
13 Name:
14 Address:
15 
16 **Defendant 4:**
17 Name:
18 Address:
19 
20     2. **Jurisdiction**
21     *Usually, only two types of cases can be filed in federal court: cases involving "federal*
22 *questions" and cases involving "diversity of citizenship." Check at least one box.*
23 [✓]   My case belongs in federal court under <u>federal question jurisdiction</u> because it is
24 about federal law(s) or right(s).
25 *Which law(s) or right(s) are involved?* discrimination based on race. pursuant to Title VII of the
26 Civil Rights Act of 1964;   42 U.S.C Section 2000e-5;   42 U.S.C Section 2000e-5(g)
27 [ ]   My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs
28 live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 5 [JDC TEMPLATE]

*rev: 6/2013*

3. **Venue**

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because Federal EEOC rules require filing in Federal Court. A substantial part of the events happened in this district.

4. **Intradistrict Assignment**

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [Select one: San Francisco/Oakland, San Jose, OR Eureka] Division of this Court because San Jose because incidents took place in Santa Clara County.

5. **Statement of Facts and Claims**

Write a short and simple description of the _facts_ of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE 3 OF 5 [JDC TEMPLATE]

rev: 6/2013

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence.*

5a. On May 17, 2010 I was hired as a Facilities Maintenance Representitive (FMR) in the Santa Clara County Probation Department. On the first day on the job I was approached by multiple managers who told me that I should expect to be let go from the position because my new manager Susana Alcantar does not want me working for her. They all told me she hates white people and was forced to hire me even though she protested saying she did not like me. She took the day off on in protest my first day on the job. She was hostile to me on a daily basis and had me perform humiliating tasks on a daily basis. (I.E. sorting 12 sets of trash, compost and recycle bins twice a day by hand). I did everything I was told to do and learned every part of the job that I was trained to do. I had a review every two weeks with Susana Alcantar and Vicky Gorley. No deficiencies were noted in any of the bi weekly reviews until after I was told I was being let go. The alleged deficiencies were false issues that were not part of my job.

5b. On October 28, 2010, I was called by my manager to report to the Internal Affairs office at Adult Probation. Susana Alcantar served me with a release that falsely claims that I was incompetent, inefficient and insubordinate in my job duties. The release from the FMR position and demotion cost me several thousand dollars a year in lost wages. It also damaged my reputation as these false allegations are a permanant part of my personel file. I will never be able to get a promotion with these lies in my file which will lead to future lost wages.

5c. I was dismissed based on my race.

5d. I have exhausted all of my administrative remedies. I had a adinistrative review at Adult Probation, I also had a Personel Board Hearing, I also requested a review from 2 seperate Deputy County Executives. I also contacted the County EOD, I also filed a complaint with the EEOC and have recieved a right to sue letter that is attached to my complaint.

COMPLAINT
PAGE 4 OF 5 [JDC TEMPLATE]

*rev: 6/2013*

### 6. Demand for Relief

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

I am seeking to have my personel filed purged of all the false alegations of poor work performance. I am also requesting back pay for the difference in salary from FMR position to the MM3 postion I was demoted back to. I am also seeking punitive damages because the County allowed these actions to happen and refused to act when I made complaints to the Deputy County Excecutive Luke Leung in person June 23, 2011. He claimed he would look into my complaints but then refused to respond to emails and phone calls after our original meeting. I also contacted Deputy County Executive Sylvia Gallegos on 5-26-2016, She was not willing to look into my claims. I am also seeking all attorney fees and court related costs.

### 7. Demand for Jury Trial

*Check this box if you want your case to be decided by a jury, instead of a judge.*

[✓]   Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 5-26-2016        Sign. Name: *[signature]*

Print Name: Michel Hermange

COMPLAINT
PAGE 5 OF 5 [JDC TEMPLATE]

*rev: 6/2013*

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Michel A. Hermange<br>3552 Clayton Road<br>San Jose, CA 95127 | From: San Jose Local Office<br>96 North Third Street<br>Suite 250<br>San Jose, CA 95112 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 556-2011-00552 | Lisa B. Fung,<br>Investigator | (408) 291-4247 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Terrie Brodie,
Acting Director

FEB 2 6 2016
*(Date Mailed)*

Enclosures(s)

cc:   **Santa Clara County**
      Sabahete Kraja, EOD Director
      Equal Opportunity Department
      2310 North First Street, Suite 101
      San Jose, CA 95131

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**