# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHEL HERMANGE,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF SANTA CLARA,<br>　　　　Defendant. | Case No.  5:16-cv-02847-BLF<br><br>**CASE MANAGEMENT ORDER** |

On November 10, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference. The Court ORDERS as follows:

(1) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2) The deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order unless stated otherwise below.

(3) The deadline for the parties to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines, is 12/09/2016.

(4) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(5) The parties shall participate in ADR, and they shall contact the ADR Unit within fourteen days after entry of this order to make the necessary arrangements. Mediation to take place within 60 days of conclusion of depositions.

(6) The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

1      IT IS FURTHER ORDERED THAT Initial Disclosures due by 12/09/2016.

2      IT IS FURTHER ORDERED THAT Depositions to be held within 90 days of the date of
3 this order.

4      IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this
5 case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 60 Days from Date of this Order |
| Last Day to Hear Dispositive Motions | 02/21/2019 at 9:00 AM |
| Final Pretrial Conference | 04/11/2019 at 1:30 PM |
| Trial | 05/20/2019 at 9:00 AM |

Dated: November 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2