JAMES R. WILLIAMS, County Counsel (S.B. #271253)
CHRISTOPHER A. CAPOZZI, Deputy County Counsel (S.B. #271583)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #78055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| MICHEL HERMANGE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | No. 16-CV-02847-BLF<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; DECLARATION OF COUNSEL; AND [PROPOSED] ORDER**<br><br>Date:   February 21, 2019<br>Time:  9:00 AM<br>Crtrm: 3, 5th Floor<br>Judge: Beth Labson Freeman |

Defendant, County of Santa Clara, hereby moves this Court for an order extending Defendant's time to file a Reply to Opposition to Motion for Summary Judgment for two (2) days, until January 11, 2019. This Motion is made pursuant to Civil Local Rule 6.3 and is supported by the Declaration below.

Dated: January 8, 2019                    Respectfully submitted,

                                          JAMES R. WILLIAMS
                                          COUNTY COUNSEL

                                      By: /s/ *Christopher A. Capozzi*
                                          CHRISTOPHER A. CAPOZZI
                                          Deputy County Counsel

                                          Attorneys for Defendant
                                          COUNTY OF SANTA CLARA

1

Defendant's Notice Of Motion and Motion for Extension of Time to                 16-CV-02847-BLF
File Reply to Opposition to Motion for Summary Judgment;
Declaration of Counsel; and [Proposed] Order

# DECLARATION

I, Christopher A. Capozzi, declare:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice in the Northern District of this Court. I am a Deputy County Counsel for the County of Santa Clara. I represent Defendant County of Santa Clara in the above-captioned case. I have personal knowledge of all matters stated herein and could testify truthfully thereto if called to testify.

2. This is Defendant's first request for an extension of time to file a reply to Plaintiff's opposition to motion for summary judgment in this matter. Although Plaintiff's opposition is stamped as "FILED Jan 02, 2019," the opposition was not entered into the Court's Case Management / Electronic Case Files (CM/ECF) system until Friday, January 4, 2019 at 3:11 p.m. PST. I received a copy of the opposition via a CM/ECF e-mail notification shortly thereafter. Per Local Rule 7.3, the reply must be filed and served seven (7) days after the date the opposition was due, making the reply due January 9, 2019.

3. I began reviewing the opposition as soon as I received it on January 4, 2019, and I believe an additional two (2) days to file Defendant's Reply to Opposition to Motion for Summary Judgment, until January 11, 2019, provides adequate time to submit an appropriate reply. Deputy County Counsel Stephen Schmid, co-counsel in this case, contacted Plaintiff Michel Hermange, who does not object to this two-day extension of time. I therefore respectfully request the Court to extend the time within which Defendant must file a Reply to Opposition to Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Jose, California on January 8, 2019.

> /s/ *Christopher A. Capozzi*
> CHRISTOPHER A. CAPOZZI
> Deputy County Counsel

2
Defendant's Notice Of Motion and Motion for Extension of Time to
File Reply to Opposition to Motion for Summary Judgment;
Declaration of Counsel; and [Proposed] Order

16-CV-02847-BLF

# [PROPOSED] ORDER

Defendants, having applied for a two (2) day extension of time within which Defendant will file a Reply to Opposition to Motion for Summary Judgment and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the new deadline by which Defendant must file its Reply is January 11, 2019.

Dated: _____

BETH LABSON FREEMAN
United States District Judge

1920991

Defendant's Notice Of Motion and Motion for Extension of Time to
File Reply to Opposition to Motion for Summary Judgment;
Declaration of Counsel; and [Proposed] Order

16-CV-02847-BLF