UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL HERMANGE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | Case No. 16-cv-02847-BLF<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

As indicated at the hearing on Defendant's motion for summary judgment, the above-titled case is hereby REFERRED to Magistrate Judge DeMarchi for a settlement conference. The parties are to contact Judge DeMarchi's chambers for scheduling.

**IT IS SO ORDERED.**

Dated: February 21, 2019

BETH LABSON FREEMAN
United States District Judge