UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL HERMANGE,<br><br>       Plaintiffs,<br><br>   v.<br><br>COUNTY OF SANTA CLARA,<br><br>       Defendants. | Case No.: 5:16-cv-02847-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 2/22/2019, I SERVED a true and correct copy(ies) of the **ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE filed on 2/21/2019**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Michel Hermange
3552 Clayton Road
San Jose, CA 95127

Dated: 2/22/2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Tiffany Salinas-Harwell, Deputy Clerk to
the Honorable Beth Labson Freeman

*Service_Certificate _CRD*
*rev. August 2018*