Your name: Michel Hermange
Address: 3552 Clayton Road
San Jose CA. 95127
Phone Number: 408-533-2244
Fax Number:
E-mail Address: redchevyman@yahoo.com
Pro Se [*Select one: Plaintiff or Defendant*]

FILED
MAR 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE
CN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

[*Select one location: San Francisco / Oakland / San Jose / Eureka*]

Michel Hermange

Plaintiff(s),

vs.

County of Santa Clara

Defendant(s).

Case Number: 16-CV-02847-BLF

*Title of Document:*

Statement of non Opposition of Defendants administrative Motion to continue final Pretrial Conference; and (Proposed order) [Civil L.R. 7-3(b)]

Plainiff does not oppose the motion.

Date: 3-11-19

Sign Name: [signature]

Print Name: Michel Hermange

TITLE OF DOCUMENT: statement of non opposition CASE NO.: 16-CV-02847-BLF

PAGE NO. 2 OF 2 [JDC TEMPLATE]

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

** You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.**

1. **Case Name:** MICHEL HERMANGE v. COUNTY of SANTA CLARA
2. **Case Number:** 16-CV-02847-BLF
3. **What documents were served?** Statement of non Opposition of Defendants administrative Motion to Continue final Pretrail Conference
4. **How was the document served?** *[check one]*

   - [ ] Placed in U.S. Mail
   - [x] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

| | |
|---|---|
| Office of the County Councel | 70 West Hedding Street, East Wing, Ninth |
| James R Williams County Councel | Floor, San Jose, California, 95110-1770 |
| Chistopher Capozzi, Deputy County Counsel | |
| Steven H Schmid, Deputy County Councel | |

6. **When were the documents sent?** 3-11-19
7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]

Name: Michel Hermange

Address: 3552 Clayton Road
San Jose, Ca 95127