JAMES R. WILLIAMS, County Counsel (S.B. #271253)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL HERMANGE,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>           Defendant. | No. 16-CV-02847-BLF<br><br>**DEFENDANT COUNTY OF SANTA CLARA'S ADMINISTRATIVE MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE; AND [PROPOSED] ORDER**<br>**[U.S.D.C.N.D. LOCAL RULE 7-11, 16-2(d)]** |

   Defendant County of Santa Clara files this administrative motion to continue the Final Pretrial Conference date from April 11, 2019 to May 16, 2019 pursuant to Civil Local Rules 7-11 and 16-2(d).  The trial date for this case is May 20, 2019.  Shortly after the hearing of Defendant's motion for summary judgment on February 21, 2019, the Court ordered the parties to a settlement conference before U.S. Magistrate Judge DeMarchi.  The motion is under submission.  Judge DeMarchi's first available date for a settlement conference is April 25, 2019 – which is fourteen days after the Final Pretrial Conference, and 28 days after the parties are required to exchange and lodge/file exhibit binders, witness lists, motions in limine, jury instructions and other items according to Judge Freeman's Standing Order re Final Pretrial Conference – Jury Trial.

//

//

//

1

Continuance of the Final Pretrial Conference to either May 9, 2019 or May 16, 2019 will afford the parties and the Court opportunity to save time and resources if the case is settled on April 25, 2019.  Defendant has reached out to pro se Plaintiff to obtain a stipulation for this requested relief but to date Plaintiff has not responded (negatively or otherwise).

Dated: March 6, 2019

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

By:  */s/ Stephen H. Schmid*
STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

### DECLARATION OF STEVE SCHMID IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S ADMINISTRATIVE MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

I, Steve Schmid, declare:

1. I am an attorney licensed to practice before the Courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California.  I am employed by the County of Santa Clara Office of County Counsel, attorney for Defendant herein, as a Deputy County Counsel and am responsible for handling defense of this action on behalf of Defendant County of Santa Clara.

2. This case is set for trial on May 20, 2019.  On February 21, 2019, the Court ordered the parties to a Settlement Conference before U.S. Magistrate Judge DeMarchi.  My office contacted Judge DeMarchi's clerk and learned that April 25, 2019 was the earliest available date for a settlement conference.  Our office asked the clerk for an earlier date because of the April 11, 2019 Final Pretrial Conference but were advised that nothing could be done.  We were told there was a chance that March 15, 2019 might open up, and that we should check back with the clerk on March

//

1, 2019. Our office contacted the clerk on March 1, 2019 and was advised that the March 15, 2019 date did not free up and so we are left with April 25, 2019 for the settlement conference.

3. On February 25, 2019 and March 4, 2019 I sent pro se Plaintiff emails requesting that he consider stipulating to continue the Final Pretrial Conference to a date in May 2019. I have not received any response to date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and, if called upon to testify to such facts, I could do so competently. Executed at San José, California on this 5th day of March 2019.

          */s/ Stephen H. Schmid*
          STEPHEN H. SCHMID

**ORDER**

It is hereby ordered that the Final Pretrial Conference is continued from April 11, 2019 to May 16, 2019.

Dated: March 13, 2019

          */s/ Beth Labson Freeman*
          BETH LABSON FREEMAN

1960469