UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL HERMANGE,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SANTA CLARA,<br><br>        Defendant. | Case No. 16-cv-02847-BLF<br><br>**JUDGMENT** |

The Court having granted Defendant's motion for summary judgment on the only claim asserted by Plaintiff, Judgment is HEREBY ENTERED for Defendant and against Plaintiff.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 18, 2019

_____
BETH LABSON FREEMAN
United States District Judge