| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐    No ☐ |
|---|---|---|---|

| 1. CASE NAME Michel Hermange v. County of Santa Clara | 2. CASE NUMBER 16-CV- 2847-BLF | 3. DATE JUDGMENT ENTERED 3/18/19 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Michel Hermange |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY County of Santa Clara | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Stephen Schmid | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                        (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 832.19 | Deposition of Michel Hermange-Transcript Ex. 1 (Invoice from Pulone Reporting Services) | | | |
| | 490.00 | Deposition of Michel Hermange–Videography Ex. 2 (Invoice from McMahon & Associates LLC) | | | |
| | 313.13 | Deposition of Michel Hermange-Videography Ex. 3 (Invoice from McMahon & Associates LLC) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |

| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
|---|---|---|---|---|---|
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| TOTAL AMOUNT | $1,635.32 | | $  0.00 | $  0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Name of Attorney/Claiming Party:

SIGNATURE:                        DATE: 3/26/2019

11. Costs are taxed in the amount of                    and included in the judgment.

Susan Y. Soong
Clerk of Court

BY:                    , Deputy Clerk         DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST Per Witness |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $  0.00 |

# Exhibit 1

132-2L-16083/GL-037108-2

# INVOICE

Pulone Reporting Services
1550 The Alameda
Suite 150
San Jose, CA 95126-2325
Phone:408-280-1252  Fax:408-280-1261

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153805 | 7/2/2018 | 86363 |
| **Job Date** | **Case No.** | |
| 6/12/2018 | 16-CV-02847-BLF | |
| **Case Name** | | |
| Hermange vs. County of Santa Clara | | |
| **Payment Terms** | | |
| Due upon receipt | | |

APPROVED

Stephen H. Schmid
County of Santa Clara
Office of the County Counsel
70 West Hedding Street, 9th Floor
San Jose, CA 95110

| | | | |
|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | |
| Michel Hermange | 126.00 | Pages | 655.20 |
| Attendance Hourly | 3.50 | Hours | 122.50 |
| Certification, Original | | | 35.00 |
| Exhibits (Inc Scanned copy) | 71.00 | | 56.80 |
| Handling & Production Cost, Original & 1 Copy | | | 45.00 |
| 10% Discount | | | -91.45 |
| Shipping | | | 9.14 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$832.19** |
| AFTER 8/1/2018 PAY | $915.41 |

10% DISCOUNT
YOUR 10% DISCOUNT HAS ALREADY BEEN DEDUCTED FROM THIS INVOICE.
PLEASE REFERENCE OUR INVOICE NUMBER TO ENSURE PROPER CREDIT.
THANK YOU FOR YOUR BUSINESS.

Date Received  8-2-18
Date Completed  8-13-18
Initial    BN
0072211
1904956272

Tax ID: 77-0570361

Phone: 408-299-5900   Fax:408-287-4913

*Please detach bottom portion and return with payment.*

Stephen H. Schmid
County of Santa Clara
Office of the County Counsel
70 West Hedding Street, 9th Floor
San Jose, CA 95110

Invoice No.    :  153805
Invoice Date  :  7/2/2018
**Total Due**    :  **$ 832.19**
AFTER 8/1/2018 PAY  $915.41

Remit To: **Pulone Reporting Services**
          **1550 The Alameda**
          **Suite 150**
          **San Jose, CA  95126-2325**

Job No.      :  86363
BU ID        :  1-MAIN
Case No.     :  16-CV-02847-BLF
Case Name    :  Hermange vs. County of Santa Clara

# Exhibit 2

McMAHON & ASSOCIATES LLC

45 E Julian Street
San Jose  CA  95112
(408) 298-6686

# Invoice

| Date | Invoice No. |
|------|-------------|
| 6/13/2018 | 14935 |

| Bill To |
|---------|
| Office of the County Counsel |
| Steve Schmid |
| 70 W. Hedding Street |
| East Wing, 9th Floor |
| San Jose, CA  95110 |

GL 037108-2

| | | | Terms | Due Date |
|---|---|---|-------|----------|
| | | | Net 30 | 7/13/2018 |

| Item | File#/Case Name/Description/Contact | Qty | Rate | Amount |
|------|-------------------------------------|-----|------|--------|
| | Hermange vs. County of Santa Clara/Deposition of Michael Hermange taken on June 12, 2018 | | | |
| Video | 3 Hour Minimum | 3 | 95.00 | 285.00 |
| Video Additio... | Additional Hours - | 2 | 95.00 | 190.00 |
| Master DVD | Video Sync to Transcript to Follow | | 0.00 | 0.00 |
| Parking | Parking Fee | 1 | 15.00 | 15.00 |

Thank You for Your Business
Our Tax ID# 77-0332864

**Total** $490.00

# Exhibit 3

## McMAHON & ASSOCIATES LLC

45 E Julian Street
San Jose  CA  95112
(408) 298-6686



# Invoice

| Date | Invoice No. |
|------|-------------|
| 7/6/2018 | 14964 |

| Bill To |
|---------|
| Office of the County Counsel<br>Steve Schmid<br>70 W. Hedding Street<br>East Wing, 9th Floor<br>San Jose, CA  95110 |

SIGN HERE

*Copy only*
*1 32·2L-16083*
*GL B37108-2*

| Terms | Due Date |
|-------|----------|
| Net 30 | 8/5/2018 |

| Item | File#/Case Name/Description/Contact | Qty | Rate | Amount |
|------|-------------------------------------|-----|------|--------|
| | Hermange vs. County of Santa Clara/Deposition of Michael Hermange taken on June 12, 2018/Case No. 16-CV-02847-BLF | | | |
| DVD-ROM | Duplication Request - DVD-ROM (2 DVD captured and synced to the transcript and burned onto 1 DVD-ROM) | 2 | 150.00 | 300.00 |
| Shipping | Federal Express | 1 | 13.13 | 13.13 |

*Victoria*

| Thank You for Your Business<br>Our Tax ID# 77-0332864 | **Total** | $313.13 |
|------|------|------|