JAMES R. WILLIAMS, County Counsel (S.B. #271253)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José)

| | |
|---|---|
| MICHEL HERMANGE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | No. 16-CV-02847-BLF<br><br>**STIPULATION** |

Pro Se Plaintiff Michel Hermange and Defendant County of Santa Clara (through its counsel) stipulate as follows:

(1) Judgment in favor of Defendant County of Santa Clara was entered on March 18, 2019;

(2) Defendant County of Santa Clara filed its Bill of Costs on March 27, 2019;

(3) Plaintiff Michel Hermange's Objection to the County's Bill of Costs is due to be filed on April 10, 2019;

(4) Plaintiff Michel Hermange has offered to waive all rights to appeal the Judgment in exchange for Defendant County of Santa Clara's agreement to waive its Bill of Costs;

//
//
//
//

(5) Thus, Plaintiff and Defendant agree that Plaintiff waives all of his appeal rights regarding the Judgment in this case and Defendant County waives and withdraws its Bill of Costs.

Dated: April 9, 2019

*Mike [signature]*
MICHEL HERMANGE
Plaintiff, Pro Se

Dated: April 9, 2019

JAMES R. WILLIAMS
County Counsel

By: _[signature]_____
STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

1983494